UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES EVANS COURTEAUX | CIVIL ACTION |
| VERSUS | NO. 19-13173 |
| JERRY LARPENTER, ET AL. | SECTION "R" (1) |

# ORDER

Plaintiff Charles Courteaux filed this civil suit *pro se* under 42 U.S.C. § 1983.[1] Having reviewed *de novo* the complaint, the record, the applicable law, and the Magistrate Judge's unopposed Report and Recommendation,[2] the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

For the reasons explained by the Magistrate Judge, plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __28th__ day of May, 2020.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 1.
[2] R. Doc. 7.